UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GOLD FOREVER MUSIC, INC.<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:17-cv-13927-GCS-SDD<br>Hon. George Caram Steeh |
| UNITED STATES OF AMERICA<br><br>Counterclaimant,<br><br>v.<br><br>EDWARD J. HOLLAND, JR.<br><br>Counterclaim Defendant. | |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | April 20, 2017 Justice Department Letter |
| B | Writers Contracts |
| C | Schedule of Universal Payments and Writer's Shares 2012-2018 |
| D | Johnson Lawsuit |
| E | July 1, 1999 Agreement and March 9, 2011 Extension of Universal BMI Administration Contract |

| Exhibit | Description |
|---|---|
| F | Affidavit of Richard Davis |
| G | 2012 Universal Statement |
| H | 2103 Universal Statement |
| I | 2016-2017 Universal Statement |
| J | 2019 Claim |